# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0079.  McNEAL v. NAVY FEDERAL CREDIT UNION.

Upon consideration of Petitioner Sonya Youvett McNeal's "Motion to Compel Transmission of Record," which we have construed as a petition for mandamus, the same is hereby DENIED. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV; Art. VI, Sec. V, Par. III; Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/04/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*